# United States Bankruptcy Court
## Eastern District of Virginia

In re **Yong Cheol Kim**, 
Debtor

Case No. _____

Chapter **7**

## Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | Unsecured claims | 861.54 |
| 2. | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | Unsecured claims | 4,431.88 |
| 3. | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79908-2235 | Unsecured claims | 4,448.66 |
| 4. | Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Unsecured claims | 7,913.81 |
| 5. | EMA<br>20010 Century Blvd, Ste. 200<br>Germantown, MD 20874 | Unsecured claims | 624.00 |
| 6. | Prince William Hospital<br>c/o Credit Management Co.<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 | Unsecured claims | 3,658.22 |
| 7. | Reward Zone Program Mastercard<br>P.O. Box 88000<br>Baltimore, MD 21288-0001 | Unsecured claims | 868.52 |
| 8. | Seokyu Kim<br>7535 Little River Turnpike<br>Suite 310-B<br>Annandale, VA 22003 | Unsecured claims<br>Disputed | 87,391.25 |
| 9. | Virginia Radiology Associates<br>c/o United Consumers, Inc.<br>P.O. Box 4466<br>Woodbridge, VA 22194-4466 | Unsecured claims | 483.00 |

In re    **Yong Cheol Kim**                                            ,    Case No. _____
                                    Debtor

## DECLARATION

I, the above-named Debtor, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date    **September 16, 2011**                Signature  **/s/ Yong Cheol Kim**
                                                                **Yong Cheol Kim**
                                                                Debtor

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.