UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

_____ Division

**In re**

                                                               Case No.

           **Debtor(s)**                     **Chapter 13**

### ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements.   Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____.

**3**.  **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to _____ , for filing all lists, schedules and statements.

5. failure of the debtor(s) to file the plan, lists, schedules and statements on or before the deadlines set forth in paragraphs 2 and 4 above will result in the case being dismissed.

                                                     WILLIAM C. REDDEN
                                                     Clerk of Court

Date: _____                    By _____
                                                                Deputy Clerk

                                                      NOTICE OF JUDGMENT OR ORDER
                                                      ENTERED ON DOCKET

                                                      _____

                           .

[oex13ps ver. 01/10]